

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Oscar Padilla,

Vs. No. 11-18-00020-CV

Grimes and Associates Consulting
Engineers, L.P.; Victor Ramirez
d/b/a F&V Steel Erectors; and
Carl Woodruff,

\* From the 441st District Court
  of Midland County,
  Trial Court No. CR49532.

\* January 31, 2020

\* Memorandum Opinion by Wright, S.C.J.
  (Panel consists of: Bailey, C.J.,
  Stretcher, J., and Wright, S.C.J.,
  sitting by assignment)
  (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to delete the award of attorney fees to Grimes and Associates Consulting Engineers, L.P., and we affirm the judgment as modified. The costs incurred by reason of this appeal are taxed against Oscar Padilla.